**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7677**

———————

LEON JACKSON, JR.,

             Petitioner - Appellant,

       v.

AL HAYNES; KIM WHITE, Regional Director Mid-Atlantic Region;
HARRELL WATTS,

             Respondents - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:06-cv-00091-JPB)

———————

Submitted:  July 22, 2008            Decided:  July 24, 2008

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Leon Jackson, Jr., Appellant Pro Se. Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Jackson, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jackson v. Haynes</u>, No. 3:06-cv-00091-JPB (N.D.W. Va. Oct. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>